# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                  NO. 4:13CR00009-04 JLH

JUSTIN GREGORY SHELLEY                              DEFENDANT

## ORDER

Defendant Justin Gregory Shelley has filed the pending motion for detention hearing. See Document 62. For good cause shown, the motion is granted. A detention hearing is hereby scheduled to begin at 2:00 p.m. on Friday, May 3, 2013, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. This order is the only notice of the hearing the parties will receive.

IT IS SO ORDERED this __2__ day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE