IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) 4:13CR00009-4 JLH
)
JUSTIN GREGORY SHELLEY )

**ORDER**

The Court has been contacted seeking clarification of the terms of defendant's conditions of release. See Docket entry no. 69. The defendant is to remain in inpatient treatment until the resolution of the charges in this case.

IT IS SO ORDERED this __10__ day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE